IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BLAZE CONNOR LAMB                                                              PLAINTIFF

v.                                        Case No. 6:24-cv-6134

LT. SUSAN BRANSTETTER, et al.                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 65. Judge Ford recommends that Plaintiff's Motion for Temporary Restraining Order (ECF No. 31) be denied. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 65) in toto. Accordingly, Plaintiff's Motion for Temporary Restraining Order (ECF No. 31) is **DENIED**.

**IT IS SO ORDERED**, this 17th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge