IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BLAZE CONNOR LAMB                                                                PLAINTIFF

v.                                          Civil No. 6:24-CV-06134-JTS-MEF

LT. SUSAN BRANSTETTER, *et. al.*                                          DEFENDANTS

## <u>ORDER</u>

The Court, having heretofore entered an order allowing the Plaintiff to proceed *in forma pauperis* and directing the Clerk to file the complaint, hereby directs the United States Marshal to serve the newly added Defendant Sowell.  Defendant Sowell may be served at Garland County Detention Center, 525 Ouachita Avenue, Hot Springs, AR, 71901.

Defendant may be served by certified mail with a return receipt requested.

Defendant is to be served without prepayment of fees and costs or security therefor.

Defendant is ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known address and phone number.  This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

**DATED** this **10th day of June 2026**

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

1